IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE PUGH, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:14cv178-MHT |
| | ) | (WO) |
| RAY SMITH and ROBERT | ) | |
| CASTEEL, | ) | |
| | ) | |
|    Defendants. | ) | |

OPINION

Plaintiff George Pugh filed this lawsuit asserting claims of racial discrimination in promotions against the defendants, the chief and assistant police chief of the Phenix City Police Department, where plaintiff used to work. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute and failure to comply with the orders of this court. There are no objections to the recommendation. After an independent and de novo review of the record,

the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of February, 2016.

                                      /s/ Myron H. Thompson  
                                 **UNITED STATES DISTRICT JUDGE**