IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
GEORGE PUGH,                   )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      3:14cv178-MHT
                               )          (WO)
RAY SMITH and ROBERT           )
CASTEEL,                       )
                               )
    Defendants.                )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 31) is adopted.

(2) This lawsuit is dismissed without prejudice, with no costs taxed.

It is further ORDERED that all pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 22nd day of February, 2016.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**